UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

In re:                                                                                              Bankr. Case No. 10-12758-BAM-7

ROBERT W. PISZCZEK                                                                                              Chapter 7

    Debtor(s)

## REQUEST FOR NOTICE

    Pursuant to Rule 2002(g), AmeriCredit Financial Services, Inc. hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

        AmeriCredit Financial Services, Inc.
        PO Box 183853
        Arlington, TX  76096


        AmeriCredit Financial Services, Inc.

        By  /s/ James Hogan, Jr._____

        James Hogan, Jr.
        PO Box 183853
        Arlington, TX  76096
        877-203-5538
        877-259-6417
        Customer.service.bk@americredit.com

**Certificate of Service**

This Request for Notice was sent via first class mail to or served electronically on the following individuals on February 26, 2010 :

ANTHONY DELUCA  
5830 W FLAMINGO RD 233  
LAS VEGAS, NV  89103

BRIAN D SHAPIRO  
411 E BONNEVILLE AVE 300  
LAS VEGAS, NV  89101

By  /s/ James Hogan, Jr.
_____
James Hogan, Jr.

xxxxx13437 / 563870